# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRUCE ANTHONY MCPHERSON, a/k/a Makal B. Mkfarson,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:25-cv-01643 JLT SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

On March 20, 2026, the assigned magistrate judge issued findings and recommendations recommending this action be dismissed for frivolity. (Doc. 10.) The Court served the findings and recommendations on Plaintiff, warned him that any objections were due within 14 days, and advised that the "failure to file objections within the specified time may result in the waiver of right to challenge the magistrate's factual findings on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014).) Plaintiff filed objections on April 6, 2026. (Doc. 11.)

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including the objections, the Court concludes the findings and recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

///

///

1. The Findings and Recommendations issued on March 20, 2026, (Doc. 10), are **ADOPTED** in full.

2. Plaintiff's complaint is **DISMISSED** with prejudice.

3. The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated:    **April 9, 2026**

UNITED STATES DISTRICT JUDGE

2